## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIESHIA BOWIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-21-946-J |
| ) | |
| PHOENIX FINANCIAL SERVICES, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

A Complaint and Demand for Jury Trial [Doc. No. 1] was filed on September 27, 2021. Plaintiff is listed as Tieshia Bowie, but the complaint is signed by both Tieshia Bowie and Vance Dotson, as an "ATTORNEY-IN-FACT 15 O.S. §1014." Because it is unclear what Vance Dotson's status is in relation to this case and in relation to Plaintiff, the Court DIRECTS Mr. Dotson to file an advisement clarifying his status. Said advisement shall be filed by October 8, 2021.

IT IS SO ORDERED this 29th day of September, 2021.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE