Cover Sheet

Western District of Oklahoma

Tieshia Bowie

v

Phoenix Financial Services, LLC

5:21-cv-00946-J

Vance Dotson
Attorney-in-fact

10-21-2021