# LIMITED POWER OF ATTORNEY
Okla. Stat. tit. 15 § 1014

I, **Tieshia Bowie**, hereby appoint **Vance Dotson**, whose address is <u>425 W. Wilshire Blvd., Ste. E, Oklahoma City, OK 73116</u>, as my agent and Attorney-in-Fact ("Agent") to act for me in any lawful way with respect to and limited to the following: (i) take any and all legal steps necessary to collect any amount or debt owed to me, or to settle any claim, whether made against me or asserted on my behalf against any other person or entity; (ii) enter into binding contracts on my behalf; (iii) employ professional assistance as may be appropriate, including attorneys; (iv) act for me in any lawful way in credit and debt matters, claims and litigation; (v) assert and prosecute before a court or administrative agency a claim, a cause of action, counterclaim, offset, and defend against an individual, a legal entity, or government, including suits to recover property or other thing of value, to recover damages sustained by the principal, to eliminate or modify tax liability, or to seek an injunction, specific performance, or other relief; (vi) bring an action to determine adverse claims, intervene in litigation, and act as amicus curiae; (vii) in connection with litigation, procure an attachment, garnishment, libel, order of arrest, or other preliminary, provisional, or intermediate relief and use an available procedure to effect or satisfy a judgment, order, or decree; (viii) in connection with litigation, perform any lawful act, including acceptance of tender, offer of judgment, admission of facts, submission of a controversy or an agreed statement of facts, submission of a controversy on an agreed statement of facts, submission of a controversy on an agreed statement of facts, consent to examination before trial, and binding the principal in litigation; (ix) submit to arbitration, settle, and propose or accept a compromise with respect to a claim or litigation; (x) waive the issuance and service of process upon the principal, accept service of process, appear for the principal, designate persons upon whom process directed to the principal may be served, execute and file or deliver stipulations on the principal's behalf, verify pleadings, seek appellate review, procure and give surety and indemnity bonds, contract and pay for the preparation and printing of records and briefs, receive and execute and file or deliver a consent, waiver, release, confession of judgment, satisfaction of judgment, notice, agreement, or other instrument in connection with the prosecution, settlement, or defense of a claim or litigation; and (xi) receive money, or other thing of value paid in settlement of or as proceeds of a claim or litigation. This power of attorney is effective immediately and will continue until it is revoked by providing written notice to my agent. This power of attorney shall terminate upon subsequent disability, incapacity, or extended absence of the principal. I agree that any third party who receives a copy of this document may act under it. Revocation of this power of attorney is not effective as to a third party until the third party has actual knowledge of the revocation. I agree to indemnify the third party for any claims that arise against the third party because of reliance on this power of attorney. My Agent shall not be liable for any loss that results from a judgment error that was made in good faith. My Agent shall be entitled to reasonable compensation for any services provided, and my Agent shall be entitled to reimbursement of all reasonable expenses incurred in connection with this power of attorney.

Signed by:

_____
Tieshia Bowie ("Principal")

Date: 9-20-21

Accepted by

_____
Vance Dotson ("Agent")

Date: 9-20-21