UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIESHIA BOWIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-21-946-J |
| | ) |
| PHOENIX FINANCIAL SERVICES, LLC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

On December 9, 2021, Plaintiffs filed an acceptance of Defendant's offer of judgment [Doc. No. 23]. Based upon Defendant's offer and Plaintiffs' acceptance, the Court hereby ENTERS judgment in favor of Plaintiffs Tieshia Bowie and Vance Dotson and against Defendant Phoenix Financial Services, LLC in the amount of "One Thousand One ($1,000.00) Dollars",[1] plus an amount for reasonable costs related to Plaintiffs' claims to be agreed upon by the parties, all in satisfaction of Plaintiffs' claims.

IT IS SO ORDERED this 10th day of December, 2021.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE

---

[1] This is the exact amount stated in the offer of judgment. *See* Offer of Judgment [Doc. No. 23-1] at 1.