IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| TIESHIA BOWIE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 5:21-cv-00946-J |
| | § | |
| PHOENIX FINANCIAL | § | |
| SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

**RELEASE AND SATISFACTION OF JUDGMENT**

Plaintiffs, Tieshia Bowie and Vance Dotson ("Plaintiffs"), acknowledge receipt of payment in full by Defendant, Phoenix Financial Services, LLC, of the amount due upon the judgment entered in the above-captioned civil action, being Document 24 on the docket of this matter (the "Judgment") entered on December 10, 2021. Payment was tendered to and received by Plaintiffs in the form of Phoenix Financial Services, LLC's Check No. 5990 dated December 15, 2021, in the amount of $1,402.00 payable to the order of Tieshia Bowie and Vance Dotson, and the sum of ONE DOLLAR ($1.00) in cash. Plaintiffs accept this amount in full satisfaction of the Judgment, including all costs and interest. Plaintiffs hereby authorize the Clerk of this Court to file this Release and Satisfaction of Judgment in record of this matter and to release the Judgment, which was entered in the sum of "'One Thousand One ($1,000.00) Dollars', plus an amount for reasonable costs related to Plaintiffs' claims to be agreed upon by the parties[.]"

**RELEASE AND SATISFACTION OF JUDGMENT**
Bowie v. Phoenix Financial; Case No. 5:21-cv-00946-J

Respectfully Submitted,

/s/ *Justin T. King*
Justin T. King, OBA No. 18745
King Law Firm
24 NE 53rd Street
Oklahoma City, OK 73105
Telephone: (405) 239-6143
Facsimile: (405) 378-4018
Email: king@king-lawfirm.com

**Planitiffs,** *Pro Se:*

*Vance Dotson*
Vance Dotson, *Pro Se*

*Tieshia Bowie by Vance Dotson*
Tieshia Bowie, *Pro Se*, by and Through Her Agent and Attorney-in-Fact, Vance Dotson

Date: Jan 4, 2022

Charles R. Penot, Jr.
*Admitted Pro Hac Vice*
Sessions, Israel & Shartle, LLC
900 Jackson Street, Suite 440
Dallas, Texas 75202
Telephone: (214) 741-3009
Facsimile: (214) 741-3098
Email: cpenot@sessions.legal

*Attorneys for Defendant,*
*Phoenix Financial Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Western District of Oklahoma and served via email upon the following:

Vance Dotson, *Pro Se*
Tieshia Bowie, *Pro Se*
c/o Vance Dotson
425 W. Wilshire Blvd, Suite E
Oklahoma City, OK 73116
Email: vancedotson@yahoo.com

                                                     /s/ Justin T. King
                                                     Justin T. King